THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS SMILEY, Appellant.

Argued October 19, 1948; decided November 24, 1948.

*Abraham J. Gellinoff, Isidor Enselman, Robert V. Santangelo* and *Harold O. N. Frankel* for appellant.

*Frank S. Hogan, District Attorney* (*Whitman Knapp, Peyton H. Moss* and *Edward T. Perry* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.